AO 245D  (Rev. 09/11) Judgment in a Criminal Case for Revocations
         Sheet 1

# UNITED STATES DISTRICT COURT
Eastern District of Arkansas

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

FEB 16 2014

JAMES W. McCORMACK, CLERK

DEP CLERK

| UNITED STATES OF AMERICA | Judgment in a Criminal Case |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| ANTHONY DEWAYNE ROGERS | |

Case No. 4:10-CR-00222-01-BRW

USM No. 22243-009

Richard E. Holiman
_____
Defendant's Attorney

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s)   General, Standard & Special   of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| General/Standard 11 | Commission of another federal, state or local crime | 01/25/2014 |
| Standard (6) | Failure to notify probation of change of residence | 10/14/2013 |
| General | Possession and use of a controlled substance | 02/04/2014 |
| Standard (7) | Failure to refrain from use of alcohol or controlled substance | 02/04/2014 |

The defendant is sentenced as provided in pages 2 through __3__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 7795

Defendant's Year of Birth: 1974

City and State of Defendant's Residence: _____

02/14/2014
Date of Imposition of Judgment

_/s/ Bill Wilson_
Signature of Judge

BILLY ROY WILSON,   U.S. District Judge
Name and Title of Judge

Feb 16, 2014
Date

DEFENDANT: ANTHONY DEWAYNE ROGERS
CASE NUMBER: 4:10-CR-00222-01-BRW

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| Special | Failure to participate in substance abuse treatment program. | 01/09/2014 |
| Standard (8) | Frequenting places where controlled substances are sold, used, distributed or administered. | 01/25/2014 |
| Standard (9) | Association with persons engaged in criminal activity and association with persons convicted of a felony. | 01/25/2014 |

AO 245D (Rev. 09/11) Judgment in a Criminal Case for Revocations
Sheet 2— Imprisonment

Judgment — Page 3 of 3

DEFENDANT: ANTHONY DEWAYNE ROGERS
CASE NUMBER: 4:10-CR-00222-01-BRW

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total total term of :

One year and a day, with no term of Supervised Release to follow.

☑ The court makes the following recommendations to the Bureau of Prisons:

The Court recommends the defendant participate in vocational training, substance abuse treatment and mental health counseling while incarcerated. The Court also recommends the defendant be designated to the institution located in Texarkana, TX.

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at _____ ☐ a.m. ☐ p.m. on _____ .

☐ as notified by the United States Marshal.

☑ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☑ before 2 p.m. on 03/17/2014 .

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL